United States Court of Appeals
 For The District of Columbia Circuit
 

No. 97-3028 September Term, 1997
 96cr00233-01

United States of America,
 Appellee

 v.

Robert N. Taylor,
 Appellant

 BEFORE: Edwards, Chief Judge, Wald and Rogers, Circuit Judges 

 O R D E R

 It is ORDERED, by the Court, on its own motion, that the opinion filed herein this
date is amended, as follows:

 At Page 13, Footnote 8

 Line 2: delete "paymnet" and insert "payment"

 Line 4: delete the comma after "1078"
 
 close the space between "D" and "N" so the text
 reads "D.N.J."

 Line 5: delete "3rd" and insert "3d"

 Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk
 Deputy Clerk

Filed: April 3, 1998